401 A.2d 365
COMMONWEALTH of Pennsylvania, Appellant,

v.

Matthew S. MOTLEY, Appellee.

Supreme Court of Pennsylvania.

Argued April 26, 1979.

Decided May 21, 1979.

Steven H. Goldblatt, Deputy Dist. Atty.-Law, Marrianne E. Cox, Asst. Dist. Atty., Philadelphia, for appellant.

Marilyn J. Gelb, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Order affirmed.

NIX and LARSEN, JJ., dissent.